# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALONZO HAMPTON**                                                               **PLAINTIFF**
**ADC #137559**

**V.**                     **CASE NO. 4:20-CV-1112-JM-BD**

**WENDY KELLEY,**
**Secretary of Correction, ADC;**
**DEXTER PAYNE,**
**Director, Arkansas Division of Correction;**
**RAYMOND NAYLOR,**
**Disciplinary Hearing Administrator;**
**JARED BYERS,**
**Head Warden, Maximum Security Unit;**
**KEITH WADDLE;**
**JUSTINE MINOR; and**
**LASONYA SCOTT**                                **DEFENDANTS**

## ORDER

The Court has received the Recommendation for dismissal of this lawsuit. Mr. Hampton filed timely objections. After a *de novo* review of the file, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hampton's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim for relief. This dismissal counts as a "strike" for purposes 28 U.S.C. § 1915(g). An appeal of this decision would be frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE