# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALONZO HAMPTON**                                                                                      **PLAINTIFF**
**ADC #137559**

**V.**                          **CASE NO. 4:20-CV-1112-JM-BD**

**WENDY KELLEY,**
Secretary of Correction, ADC;
**DEXTER PAYNE,**
Director, Arkansas Division of Correction;
**RAYMOND NAYLOR,**
Disciplinary Hearing Administrator;
**JARED BYERS,**
Head Warden, Maximum Security Unit;
**KEITH WADDLE;**
**JUSTINE MINOR; and**
**LASONYA SCOTT**                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE